UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-248

UNITED STATES OF AMERICA,

        Plaintiff,                 **UNDER SEAL**

    v.                            **MOTION TO UNSEAL**

DANTE JOSEPH TYUS,

        Defendant.

The United States of America hereby moves the Court for an order to unseal the above-captioned matter as well as the Indictment in that matter.

When the government sought a complaint against Tyus on August 8, 2023, the government moved that it be sealed. However, since that date, the defendant has been taken into custody on his federal arrest warrant and notified of the pending charges, and so the previous basis for keeping this matter sealed is no longer necessary.

Accordingly, the government respectfully requests that the Court issue an order to unseal the above-captioned matter, including the Indictment.

Dated: August 15, 2023

                                                  Respectfully Submitted,

                                                  ANDREW M. LUGER
                                                  United States Attorney

                                                  */s/ Esther Mignanelli*
                                                  BY: ESTHER MIGNANELLI
                                                  Assistant U.S. Attorney